Rule absolute. Bail to be entered within one week.

Oral opinion by HAND, J.

---

## COMMONWEALTH vs. RESSEQUI.

---

### MOTION FOR HABEAS CORPUS.

*Upon a summary conviction before an Alderman the penalty imposed must be strictly in accordance with the Act of Assembly imposing it.*

---

The prisoner was arrested on view of the Chief of Police of the City of Carbondale, and taken before an alderman where he was charged with cruelty to animals, in letting his team of horses stand in the street without feed or care for an unreasonable length of time.

After hearing, the prisoner was summarily convicted and sentenced to pay a fine of ten dollars and the costs of suit, one-half of said fine to be for the complainant and the other half to be for the County of Lackawanna.

In default of paying this fine and costs the prisoner was committed by the alderman to the county prison.

AMERMAN for prisoner.  The prisoner should be discharged for the alderman could not impose a fine to be paid to the complainant and to the County.

Purdon, 327 pl. 62.

Act of 2d June, 1871.  P. L. 290.

THE COURT. HAND, J.  It appears in this case that Samuel Ressequi is imprisoned upon a summary conviction before Alderman Thompson and that the penalty imposed is not in accordance with the Act of Assembly which requires that it should be paid to the "Pennsylvania Society for the Prevention of Cruelty to Animals."

The prisoner is discharged.